1 | NINA F. LOCKER, State Bar No. 123838
E-MAIL: nlocker@wsgr.com
2 | STEVEN D. GUGGENHEIM., State Bar No. 201386
E-MAIL: sguggenheim@wsgr.com
3 | CAZ HASHEMI, State Bar No. 210239
E-MAIL: chashemi@wsgr.com
4 | DAVID A. MCCARTHY, State Bar No. 226415
E-MAIL: dmccarthy@wsgr.com
5 | WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
6 | 650 Page Mill Road
Palo Alto, CA 94304-1050
7 | Telephone: (650) 493-9300
Facsimile: (650) 565-5100
8 |
Attorneys for Defendants
9 | BROCADE COMMUNICATIONS SYSTEMS,
INC. and ANTONIO CANOVA
10 |
11 |
12 | UNITED STATES DISTRICT COURT
13 | FOR THE NORTHERN DISTRICT OF CALIFORNIA
14 | SAN FRANCISCO DIVISION

| | |
|---|---|
| PRENA SMAJLAJ, Individually and On Behalf of All Other Persons Similarly Situated, ) ) | CIVIL ACTION NO.: 3:05-cv-2042 CRB |
| Plaintiff, ) ) ) | CLASS ACTION |
| vs. ) ) ) | **STIPULATION AND [~~PROPOSED~~] ORDER REGARDING RELATED CASES** |
| BROCADE COMMUNICATIONS SYSTEMS, INC., GREGORY L. REYES and ANTONIO CANOVA, ) ) ) ) | |
| Defendants. ) ) ) ) | |

STIP AND [PROPOSED] ORDER
RE: RELATED CASES
CASE NO. 3:05-CV-2042

1    WHEREAS, the Court entered an Order dated June 23, 2005 designating this action

2  "related" under Local Rule 3-12 to numerous class actions and derivative actions filed in this

3  District;

4    WHEREAS, there are other similar cases currently pending in this District;

5    NOW THEREFORE, the parties to this stipulation agree, and the Court hereby orders, the

6  following cases are also related to this action within the meaning of Local Rule 3-12:

7    • *Buddareddyhalli Sreenivas v. Brocade Communications Systems, Inc., et al.,* No.
       3:05-CV-02374 (Class Action);

8
     • *Frederick Witt v. Brocade Communications Systems, Inc., et al.,* No. 3:05-CV-
9        02692 (Class Action);

10   • *Najani K. Jha v. Gregory Reyes, et al.,* No. 3:05-CV-02652 (Derivative Action).

11    IT IS SO STIPULATED.

12
   Dated: July 8, 2005                          Respectfully Submitted,
13
                                                 WILSON SONSINI GOODRICH & ROSATI
14                                               Professional Corporation

15

16                                               By:      /s/David A. McCarthy
                                                          David A. McCarthy
17
                                                 Attorneys for Defendants
18                                               BROCADE COMMUNICATIONS SYSTEMS,
                                                 INC. and ANTONIO CANOVA
19

20
   Dated: July 8, 2005                          SCOTT & SCOTT
21                                               Arthur L. Shingler, III
                                                 401 B Street, Suite 307
22                                               San Diego, CA 92101
                                                 Telephone: (619) 233-4565
23                                               Facsimile: (619) 233-0508

24

25                                               By:      /s/Arthur L. Shingler, III
                                                          Arthur L. Shingler, III
26
                                                 Attorneys for Plaintiff
27                                               BUDDAREDDYHALLI SREENIVAS

28

STIP AND [PROPOSED] ORDER
RE: RELATED CASES
CASE NO. 3:05-CV-2042

C:\NRPORTBL\PALIB1\VM3\2686325_1.DOC

1

Dated: July 8, 2005

2

3

4

HAGENS BERMAN SOBOL SHAPIRO LLP
Lee M. Gordon
700 South Flower St., Suite 2940
Los Angeles, CA 90017-4101
Telephone: (213) 33-7150
Facsimile: (213) 330-7152

5

6

By: _____ /s/Lee M. Gordon _____
            Lee M. Gordon

7

8

Attorneys for Plaintiff
FREDERICK WITT

9

10

Dated: July 8, 2005

MARY ALEXANDER & ASSOCIATES
Mary E. Alexander
Gary W. Loftis
44 Montgomery Street, Suite 1303
San Francisco, CA 94104
Telephone: (415) 433-4440
Facsimile: (415) 433-5440

11

12

13

14

15

By: _____ /s/Mary E. Alexander _____
            Mary E. Alexander

16

17

Attorneys for Plaintiff
NAJANI K. JHA

18

19

20

21

22

23

24

25

26

27

28

STIP AND [PROPOSED] ORDER
RE: RELATED CASES
CASE NO. 3:05-CV-2042

2

C:\NRPORTBL\PALIB1\VM3\2686325_1.DOC

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

     I, David A. McCarthy, attest that concurrence in the filing of this document has been obtained from each of the other signatories.  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed this 8th day of July 2005 at Palo Alto, California.


                                              /s/David A. McCarthy
                                               David A. McCarthy

STIP AND [PROPOSED] ORDER
RE: RELATED CASES
CASE NO. 3:05-CV-2042

3

C:\NRPORTBL\PALIB1\VM3\2686325_1.DOC

1

2

**[PROPOSED]** **ORDER**

3          Upon Stipulation of the Parties and good cause appearing therefore, IT IS SO ORDERED.

4

5     Dated:  July 21, 2005                      _____

6                                                THE HONORABLE _____ BREYER
                                                 UNITED STATES _____

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIP AND [PROPOSED] ORDER
RE: RELATED CASES
CASE NO. 3:05-CV-2042

4                               C:\NRPORTBL\PALIB1\VM3\2686325_1.DOC