Alan R. Plutzik (State Bar No. 077785)
Kathryn A. Schofield (State Bar No. 202939)
BRAMSON, PLUTZIK, MAHLER & BIRKHAEUSER, LLP
2125 Oak Grove Road, Suite 120
Walnut Creek, California 94598
Telephone: (925) 945-0200
Facsimile: (925) 945-8792

Nadeem Faruqi
FARUQI & FARUQI, LLP
320 East 39th Street
New York, NY 10016
Telephone: 212/983-9330
Facsimile: 212/983-9331

Attorneys for Plaintiffs Knee and Galluscio

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| STEPHEN KNEE, Derivatively On Behalf of BROCADE COMMUNICATIONS SYSTEMS, INC., <br><br>Plaintiff,<br><br>vs.<br><br>GREGORY L. REYES, et al.<br><br>Defendants,<br><br>and BROCADE COMMUNICATIONS SYSTEMS, INC.,<br><br>Nominal Defendant. | Civil Case No.: C05-02233 CRB <br><br>DERIVATIVE ACTION <br><br>**AMENDED STIPULATION AND [PROPOSED] PRETRIAL ORDER NO. 1 CONSOLIDATING ALL RELATED SHAREHOLDER DERIVATIVE ACTIONS AND APPOINTING LEADERSHIP STRUCTURE FOR PLAINTIFFS** |

AMENDED STIPULATION AND [PROPOSED] PRETRIAL ORDER NO. 1 CONSOLIDATING ALL RELATED
SHAREHOLDER DERIVATIVE ACTIONS AND APPOINTING LEADERSHIP STRUCTURE FOR PLAINTIFFS
CASE NO. C05-02233 CRB
45240

| | |
|---|---|
| ROBERT GALLUSCIO, Derivatively On Behalf of BROCADE COMMUNICATIONS SYSTEMS, INC., | Civil Action No.: C05-02235 CRB |
| Plaintiff, | |
| vs. | |
| GREGORY L. REYES, et al. | |
| Defendants, | |
| and BROCADE COMMUNICATIONS SYSTEMS, INC., | |
| Nominal Defendant. | |
| WILLIAM PRATT, Derivatively On Behalf of BROCADE COMMUNICATIONS SYSTEMS, INC., | Civil Action No.: C05-02372 CRB |
| Plaintiff, | |
| vs. | |
| GREGORY L. REYES, et al. | |
| Defendants, | |
| and BROCADE COMMUNICATIONS SYSTEMS, INC., | |
| Nominal Defendant. | |
| ANJANI K. JHA, Derivatively On Behalf of BROCADE COMMUNICATIONS SYSTEMS, INC., | Civil Action No.: C05-02652 CRB |
| Plaintiff, | |
| vs. | |
| GREGORY L. REYES, et al. | |
| Defendants, | |
| and BROCADE COMMUNICATIONS SYSTEMS, INC., | |
| Nominal Defendant. | |

## STIPULATION

WHEREAS this Court has ordered the following shareholder derivative cases be related:

| Case Name | Case No. | Date Action Filed |
|---|---|---|
| *Knee v. Reyes, et al.* | C05-02233 CRB | June 1, 2005 |
| *Galluscio v. Reyes, et al.* | C05-02235 CRB | June 2, 2005 |
| *Pratt v. Reyes, et al.* | C05-02372 CRB | June 10, 2005 |
| *Jha v. Reyes, et al.* | C05-2652 CRB | June 28, 2005 |

WHEREAS, the Court has not yet consolidated these actions or appointed Lead Counsel;

WHEREAS, the parties in the Shareholder Derivative Actions desire consistent rulings and decisions and to avoid unnecessary duplication of effort, and therefore agree that the Shareholder Derivative Actions should be consolidated with one another;

IT IS HEREBY STIPULATED AND AGREED by and between undersigned counsel that, subject to the approval of this Court:

### I. CONSOLIDATION

1. The above-captioned actions and all other cases that relate to the same subject matter that are subsequently filed in or transferred to this Court are hereby consolidated into one action (hereinafter, the "Consolidated Action") for all purposes, pursuant to Fed. R. Civ. P. 42. This Order (the "Order") shall apply as specified to the Consolidated Action and to each case that relates to the same subject matter that is subsequently filed in this Court or transferred to this Court and is consolidated with the Consolidated Action.

### II. MASTER DOCKET AND MASTER FILES

2. A Master File is hereby established for this proceeding. The Master File shall be Case No. C05-02233 CRB. The Clerk shall file all pleadings in the Master File and note such filings on the Master Docket.

3. An original of this Order shall be filed by the Clerk in the Master File.

4. The clerk shall mail a copy of this Order to counsel of record in the Consolidated

AMENDED STIPULATION AND [PROPOSED] PRETRIAL ORDER NO. 1 CONSOLIDATING ALL RELATED SHAREHOLDER DERIVATIVE ACTIONS AND APPOINTING LEADERSHIP STRUCTURE FOR PLAINTIFFS CASE NO. C05-02233 CRB
45240

2

Action.

## III. CAPTION OF THE CASE

5.  Every pleading filed in the Consolidated Action, or in any separate action included herein, shall be the following caption:

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE BROCADE COMMUNICATIONS SYSTEMS, INC. DERIVATIVE LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Lead Civil Action No. C05-02233 CRB |

## IV. NEWLY-FILED OR TRANSFERRED ACTIONS

6.  When a case which properly belongs as part of the Consolidated Action is hereafter filed in the Court or transferred here from another court, this Court requests the assistance of counsel in calling to the attention of the Clerk of this Court the filing or transfer of any case that might properly be consolidated as part of *In re Brocade Communications Systems, Inc. Derivative Litigation*, Lead Civil Action No. C05-02233 CRB, and counsel are to assist in assuring that counsel in subsequent actions receive notice of this Order.

## V. LEAD PLAINTIFFS

7.  Co-Lead Plaintiffs in this Consolidated Action are: Stephen Knee, Robert Galluscio, William Pratt and Anjani K. Jha.

## VI. ORGANIZATION OF PLAINTIFFS' COUNSEL

8.  Co-Lead Counsel for Plaintiffs for the conduct of this Consolidated Action are:

FARUQI & FARUQI, LLP
NADEEM FARUQI
320 East 39th Street
New York, NY 10016
Telephone: (212) 983-9330
Facsimile: (212) 983-9331

FEDERMAN & SHERWOOD
WILLIAM B. FEDERMAN
120 N. Robinson, Suite 2720
Oklahoma City, OK 73102

AMENDED STIPULATION AND [PROPOSED] PRETRIAL ORDER NO. 1 CONSOLIDATING ALL RELATED SHAREHOLDER DERIVATIVE ACTIONS AND APPOINTING LEADERSHIP STRUCTURE FOR PLAINTIFFS
CASE NO. C05-02233 CRB

3

Telephone: (405) 235-1560
Facsimile: (405) 239-2112

9. Co-Lead Counsel shall have authority to speak for plaintiffs in matters regarding pre-trial procedure, trial and settlement negotiations and shall make all work assignments in such manner as to facilitate the orderly and efficient prosecution of this litigation and to avoid duplicative or unproductive effort.

10. Co-Lead Counsel shall be responsible for coordinating all activities and appearances on behalf of plaintiffs and for the dissemination of notices and orders of this Court. No motion, request for discovery, or other pre-trial or trial proceedings shall be initiated or filed by any plaintiffs except through Co-Lead Counsel.

11. Co-Lead Counsel shall also be available and responsible for communications to and from this Court, including distributing orders and other directions from the Court to counsel. Co-Lead Counsel shall be responsible for creating and maintaining a master service list of all parties and their respective counsel.

12. Defendants' counsel may rely upon all agreements made with any of Co-Lead Counsel, or other duly authorized representative of Co-Lead Counsel, and such agreements shall be binding on plaintiffs.

13. Co-Liaison Counsel for Plaintiffs for the conduct of this Consolidated Action are:

BRAMSON, PLUTZIK, MAHLER & BIRKHAEUSER, LLP
Alan R. Plutzik
2125 Oak Grove Road, Suite 120
Walnut Creek, CA 94598
Telephone: (925) 945-0200
Facsimile: (925) 945-8792

MARY ALEXANDER & ASSOCIATES
Mary Alexander
44 Montgomery Street, Suite 1303
San Francisco, CA 94104
Telephone: (415) 433-4440
Facsimile: (415) 433-5440

14. Plaintiffs' Liaison Counsel shall be available for communications by plaintiffs to and from this Court, including distributing orders and other directions from the Court to plaintiffs' counsel. Plaintiffs' Liaison Counsel shall be responsible for creating and maintaining a master

AMENDED STIPULATION AND [PROPOSED] PRETRIAL ORDER NO. 1 CONSOLIDATING ALL RELATED SHAREHOLDER DERIVATIVE ACTIONS AND APPOINTING LEADERSHIP STRUCTURE FOR PLAINTIFFS CASE NO. C05-02233 CRB

4

service list of all parties and their respective counsel.

15. The Case Management Conference scheduled for August 19, 2005 is postponed and will be rescheduled after the selection of Lead Counsel in these derivative actions.

16. Defendants are not obligated to respond to any of the currently filed derivative action complaints and shall respond only to a Consolidated Amended Complaint.

17. Plaintiffs shall file a consolidated complaint no later than thirty (30) days from the entry of this order.

IT IS HEREBY STIPULATED AND AGREED TO:

Dated:  August 15, 2005          FARUQI & FARUQI, LLOP


                                          /s/Nadeem Faruqi
                                 _____
                                          Nadeem Faruqi
                                 Attorneys for Plaintiffs Knee and Galluscio

Dated:  August 15, 2005          FEDERMAN & SHERWOOD


                                          /s/William B. Federman
                                 _____
                                          William B. Federman
                                 Attorneys for Plaintiffs Pratt and Jha

Dated:  August 15, 2005          BRAMSON, PLUTZIK, MAHLER & BIRKHAEUSER, LLP


                                          /s/Kathryn A. Schofield
                                 _____
                                          Kathryn A. Schofield
                                 Attorneys for Plaintiffs Knee and Galluscio

Dated:  August 15, 2005          MARY ALEXANDER & ASSOCIATES


                                          /s/Mary Alexander
                                 _____
                                          Mary Alexander
                                 Attorney for Plaintiffs Pratt and Jha

AMENDED STIPULATION AND [PROPOSED] PRETRIAL ORDER NO. 1 CONSOLIDATING ALL RELATED SHAREHOLDER DERIVATIVE ACTIONS AND APPOINTING LEADERSHIP STRUCTURE FOR PLAINTIFFS
CASE NO. C05-02233 CRB
45240

5

Dated: August 15, 2005           PROSKAUER ROSE LLP


                                       /s/Richard Marmaro
                                       Richard Marmaro
                                 Attorneys for Defendant Gregory L. Reyes


Dated: August 15, 2005           WILSON SONSINI GOODRICH & ROSATI, P.C.


                                       /s/Caz Hashemi
                                       Caz Hashemi
                                 Attorneys for all other Defendants


**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, Kathryn A. Schofield, attest that concurrence in the filing of this document has been obtained from each of the other signatories. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 15 day of August 2005 at Walnut Creek, California.

                                       /s/Kathryn A. Schofield
                                       Kathryn A. Schofield

AMENDED STIPULATION AND [PROPOSED] PRETRIAL ORDER NO. 1 CONSOLIDATING ALL RELATED SHAREHOLDER DERIVATIVE ACTIONS AND APPOINTING LEADERSHIP STRUCTURE FOR PLAINTIFFS
CASE NO. C05-02233 CRB

6

[~~PROPOSED~~] **ORDER**

IT IS SO ORDERED.

This  19  day of August, 2005.



_____
HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

AMENDED STIPULATION AND [PROPOSED] PRETRIAL ORDER NO. 1 CONSOLIDATING ALL RELATED SHAREHOLDER DERIVATIVE ACTIONS AND APPOINTING LEADERSHIP STRUCTURE FOR PLAINTIFFS
CASE NO. C05-02233 CRB

7